**William M. CHRISTEN, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7080.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2008.

ON MOTION

*ORDER*

Upon consideration of William M. Christen's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. Any other pending motion is moot.

(2) All side shall bear their own costs.